UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHALLENGE PRINTING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONICS FOR IMAGING INC.,<br><br>Defendant. | Case No. 5:20-cv-04659 EJD<br><br>**PRETRIAL ORDER (JURY)** |

The Court conducted a Trial Setting Conference on April 14, 2022. Based on that conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Further Status Conference | 10:00 a.m. on July 28, 2022 |
| Joint Status Conference Statement | July 18, 2022 |
| Motions *in Limine* | February 27, 2023 |
| Joint Final Pretrial Conference Statement and Exchange of Exhibits | March 7, 2023 |
| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | March 10, 2023 |
| Final Pretrial Conference | 11:00 a.m. on March 23, 2023 |
| Trial Exhibits | March 28, 2023 |

| Jury Selection | 9:00 a.m. on April 4, 2023 |
|---|---|
| Jury Trial[1] | April 4, 5, 7, 11, 12, 14, 18, 2023 |
| Jury Deliberations | April 18, 19, 20, 2023 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: April 14, 2022

EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:20-cv-04659 EJD
PRETRIAL ORDER (JURY)
2